IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:19-cv-302-ECM |
| | ) | (WO) |
| EQUIFAX, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On July 1, 2019, the Magistrate Judge entered a Recommendation recommending that this case be dismissed without prejudice for the Plaintiff's failure to comply with the orders of this Court. (Doc. 9). No timely objections to the Recommendation have been filed. After an independent review of the file in this case and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Court's orders to show cause and to pay the filing fee or file an amended motion to proceed *in forma pauperis* with a supporting affidavit.

DONE this 6th day of August, 2019.

                                          /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE